NEW YORK STATE NATIONAL BANK OF ALBANY, Appellant, *v.* WHITEHALL WATER POWER COMPANY, LIMITED, Respondent.

Reported below, 140 App. Div. 739.
(Argued April 24, 1911; decided May 2, 1911.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1910, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover on contract.

The motion was made upon the grounds that no judgment had been entered upon the order of reversal and that the appeal had been inadvertently taken.

*Marcus T. Hun* for motion.

*Edgar T. Brackett* opposed.

Motion granted on payment of costs and ten dollars costs of motion within twenty days; on failure to make such payment the motion is denied, with ten dollars costs.